```
                                        FILED
                                     2006 MAY 18 AM 11:11
                                     RICHARD W. WILKING
                                            CLERK
                                     U.S. DISTRICT COURT
                                       NO. DIST OF CA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORETTA M LYNCH and CARL WOOD, Commissioners for the California Public Utilities Commission,<br><br>Appellants,<br><br>v<br><br>CALIFORNIA PUBLIC UTILITIES COMMISSION, OFFICIAL COMMITTEE OF UNSECURED CREDITORS and PACIFIC GAS & ELECTRIC CO,<br><br>Appellees.<br>_____/ | No   C-04-0580 VRW<br><br>ORDER |

In light of the Ninth Circuit's recent decision vacating this court's judgment with instructions to dismiss this case as moot (Doc #109), the court DISMISSES this case as moot. The clerk is DIRECTED to close the file and terminate all pending motions.

IT IS SO ORDERED.

*[signature]*

VAUGHN R WALKER
United States District Chief Judge